CHARLES S. CUSTER  (SBN:  124270)
ccuster@gordonrees.com
RYAN T. BIRMINGHAM (SBN:  280964)
rbirmingham@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
TMG LOGISTICS, INC. AND DAVINDER
SINGH MINHAS

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| STACY L. WEBER and TIMOTHY J. WEBER, | CASE NO.  2:15-CV-01829 JAM-AC |
|---|---|
| Plaintiffs, | **ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE** |
| vs. | |
| TMG LOGISTICS, INC. and DAVINDER SINGH MINHAS, | |
| Defendants. | |

Having considered the Stipulation Motion to Extend Discovery Deadline and good cause appearing, the parties' Motion is GRANTED.

**IT IS HEREBY ORDERED:**

The date for completion of discovery, with the exception of expert discovery, is November 8, 2016.

IT IS SO ORDERED.

DATED: 10/25/2016

                                        **/s/ John A. Mendez**
                                        JOHN A. MENDEZ
                                        United States District Court Judge