ROGER A. DREYER, ESQ. / SBN: 095462
KELSEY J. FISCHER, ESQ. / SBN: 292262
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| STACY L. WEBER and TIMOTHY J. WEBER, | Case No.: 2:15-cv-01829-JAM-AC |
| Plaintiffs, | **ORDER GRANTING MOTION TO CONTINUE PRE-TRAIL CONFERENCE AND TRIAL DATES** |
| v. | |
| TMG LOGISTICS, INC. and DAVINDER SINGH MINHAS, | |
| Defendants. | |

Having considered the Stipulated Motion to Continue Trial, good cause appearing, the parties' Motion is GRANTED. **IT IS HEREBY ORDERED**:

The date for completion of discovery, with the exception of expert discovery, is July 16, 2017.

The final pre-trial conference shall be set for September 6, 2017 at 3:00 p.m.  The joint pretrial statement shall be filed on or before August 30, 2017.

Jury trial in this matter is set for October 16, 2017 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 2/8/2017

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge