ROGER A. DREYER, ESQ. / SBN: 095462
KELSEY J. FISCHER, ESQ. / SBN: 292262
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| STACY L. WEBER and TIMOTHY J. WEBER, | Case No.: 2:15-cv-01829-JAM-AC |
| Plaintiffs, | **ORDER GRANTING MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES** |
| v. | |
| TMG LOGISTICS, INC. and DAVINDER SINGH MINHAS, | |
| Defendants. | |

Having considered the Stipulated Motion to Continue Trial, good cause appearing, the parties' Motion is GRANTED. **IT IS HEREBY ORDERED**:

Fact discovery is closed.

The final pre-trial conference is reset for January 26, 2018 at 11:00 a.m. The parties joint pretrial statement shall be due on or before January 19, 2018.

Jury trial in this matter is reset for March 5, 2018 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 8/16/2017

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

-1-

**Order: Stipulated Motion to Continue
Pre-Trial Conference and Trial Dates**