1  ROGER A. DREYER, ESQ. / SBN: 095462
   KELSEY J. FISCHER, ESQ. / SBN: 292262
2  **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
   20 Bicentennial Circle
3  Sacramento, CA 95826
   Telephone:  (916) 379-3500
4  Facsimile:  (916) 379-3599

5  Attorneys for Plaintiffs

# FILED

## MAY 0 4 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6

7

8                  UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

11  STACY L. WEBER and TIMOTHY J. WEBER,        Case No.: 2:15-cv-01829-WBS-AC

12          Plaintiffs,                         **STIPULATION OF VOLUNTARY DISMISSAL
                                                WITH PREJUDICE AS TO TIMOTHY**
13          v.                                  **WEBER'S CLAIM**

14  TMG LOGISTICS, INC. and DAVINDER            **[PROPOSED] ORDER ON STIPULATION**
    SINGH MINHAS,
15                                              Trial Date: June 11, 2018
            Defendants.
16

17  _____

18          IT IS HEREBY STIPULATED by and between the parties to this action, through their

19  designated counsel, that Plaintiff TIMOTHY WEBER'S loss of consortium claim be dismissed with

20  prejudice in its entirety as to the Defendants TMG LOGISTICS, INC. and DAVINDER SINGH

21  MINHAS, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

22          It is further stipulated that each party will bear its own costs, including attorney's fees.

23          This dismissal will not affect the validity and/or conditions of the Rule 68 Offer served on

24  April 5, 2018 at to Stacy Weber.

25  DATED:  5/4/18              **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

26

27                             By:_____
                                      ROGER A. DREYER
28

---

-1-

**Stipulation of Voluntary Dismissal as to Timothy Weber**

DATED: 5/4/18

**GORDON & REES LLP**

By: _____
CHARLES S. CUSTER

-2-
Stipulation of Voluntary Dismissal as to Timothy Weber

## **ORDER**

IT IS HEREBY ORDERED pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), that Plaintiff TIMOTHY WEBER'S loss of consortium claim will be dismissed with prejudice in its entirety as to the Defendants TMG LOGISTICS, INC. and DAVINDER SINGH MINHAS, each party to bear its own costs, including attorney's fees.

Dated: **5/4/2018**

Honorable William B. Shubb
United States District Court Judge

**Stipulation of Voluntary Dismissal as to Timothy Weber**