THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STACY L. WEBER, | ) | CASE NO. 2:15-CV-01829 WBS-AC |
| Plaintiff, | ) ) ) | **ORDER REGARDING CONTINUANCE OF PRE-TRIAL DEADLINES AND REQUEST FOR HEARING** |
| vs. | ) ) | |
| TMG LOGISTICS, INC. and DAVINDER SINGH MINHAS, | ) ) ) | |
| Defendants. | ) ) ) ) ) | |

IT IS HEREBY ORDERED that all remaining pre-trial deadlines are continued one calendar week. A Case Management Conference will be held on June 4, 2018, at 1:30 p.m. Although personal appearances are preferred, telephonic appearances are permitted.

IT IS SO ORDERED.

Dated: May 30, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE