UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| STACY L. WEBER and TIMOTHY J. WEBER, <br><br> Plaintiffs, <br><br> v. <br><br> TMG LOGISTICS, INC., and DAVINDER SINGH MINHAS, <br><br> Defendants. | NO. 2:15-CV-01829 WBS <br><br><br> ORDER RE: MOTION FOR NEW TRIAL |

----oo0oo----

The court has read and considered plaintiff's Motion for New Trial filed August 24, 2018 (Docket No. 195), along with defendants' Opposition (Docket No. 202), and plaintiff's Reply (Docket No. 203). The parties are familiar with the testimony and exhibits received in evidence at trial, which the court need not reiterate in this Order. The court finds that the verdict of the jury was supported by substantial evidence and consistent with the jury instructions.

1

1    Plaintiff challenges the court's decision to strike
2 certain testimony relating to collision forces. That ruling was
3 the subject of extensive discussion at trial, and the court's
4 reasons for that ruling were explained in detail. No useful
5 purpose would be served by attempting to repeat or summarize that
6 discussion here. For the reasons fully articulated by the court
7 on the record during trial, the court remains satisfied that its
8 ruling was correct. Given the court's explanation at the time,
9 the court does not find that defense counsel's remarks during his
10 closing argument ran afoul of that ruling.
11    Plaintiff's argument that the court erred by not
12 striking the statement of her doctor in the medical record that
13 plaintiff had stated that she and her husband were "wealthy" from
14 former work flipping houses is without merit. It was part of
15 plaintiff's case that she and her husband had made substantial
16 income flipping houses, and it was not error to allow defense
17 counsel to use that statement to argue that plaintiff stopped
18 working due to her success from those activities. The court does
19 not find that any statements made by defense counsel in his final
20 argument justify a new trial.
21    Damages were disputed, and the court does not find that
22 the jury's assessment of damages was against the clear weight of
23 the evidence. Accordingly, plaintiff's request for additur will
24 also be denied.
25    IT IS THEREFORE ORDERED that plaintiff's Motion for New
26 Trial and/or for Additur be, and the same hereby is, DENIED.
27 Dated: October 9, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE